**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Luis S.R.,

              Petitioner,

v.

Immigration and Customs Enforcement (ICE); Eric Klang, *in his official capacity as Sheriff of Crow Wing County, Minnesota*; David Easterwood, *in his official capacity as Acting Field Office Director of the Saint Paul Field Office, Enforcement and Removal Operations, U.S. Immigration & Customs Enforcement*; Todd Lyons, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; Markwayne Mullin, *in his official capacity as U.S. Secretary of Homeland Security*; and Pamela Bondi, *in her official capacity as Attorney General of the United States*,

              Respondents.

Civ. No. 26-1482 (JWB/ECW)

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**
**OF MAGISTRATE JUDGE**

---

United States Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation ("R&R") on March 26, 2026. (Doc. No. 22.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1.      The March 26, 2026 Report and Recommendation (Doc. No. 22) is

**ACCEPTED**; and

2.      Petitioner Luis S.R.'s Amended Petition for a Writ of Habeas Corpus (Doc.

No. 12) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 6, 2026                                  *s/ Jerry W. Blackwell*
                                                     JERRY W. BLACKWELL
                                                     United States District Judge